# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EDWARDS and ALAN HILDRETH,<br><br>   Plaintiffs,<br> v.<br><br>DEPARTMENT OF STATE HOSPITALS (DSH) - COALINGA,<br>   Defendant. | Case No.: 1:14-cv-1435-BAM<br><br>ORDER VACATING HEARING DATE OF DECEMBER 12, 2014 AND TAKING MATTER UNDER SUBMISSION |

On October 29, 2014, Defendant Department of State Hospitals – Coalinga ("Defendant) filed a Motion to Dismiss and a Motion to Strike *pro se* Plaintiffs Larry Edwards and Alan Hildreth's ("Plaintiffs") complaint for failure to state a claim. (Docs. 8, 9). Plaintiffs have filed an opposition. (Doc. 17). The Court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. *See* Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 12, 2014, is VACATED, and no party shall appear at that time. As of that date, the Court will take the matter under submission and will thereafter issue its decision. The Plaintiffs should NOT appear for the hearing on December 12, 2014.

IT IS SO ORDERED.

Dated:  **December 8, 2014**     /s/ *Barbara A. McAuliffe*
                 UNITED STATES MAGISTRATE JUDGE

1